UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Master File No. 2: 11-md-2226-DCR MDL Docket No. 2226 |
| *Knight v. Xanodyne Pharm., Inc., et al.*, | ) ) ) ) ) | Civil Action No. 2: 11-307-DCR **JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Court's Memorandum Opinion and Order Regarding Xanodyne Pharmaceuticals, Inc.'s Motion to Dismiss [Record No. 1274] and Memorandum Opinion and Order Regarding Generic Defendants' Motion to Dismiss [Record No. 1305], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Xanodyne Pharmaceuticals, Inc. and Brenn Distribution, Inc., formerly known as Qualitest Pharmaceuticals, Inc., with respect to the issues raised herein.

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of March, 2012.

